**No. 09-8925. Richard Paul Zuckerman, Petitioner v. United States.**

559 U.S. 1004, 130 S. Ct. 1936, 176 L. Ed. 2d 361, 2010 U.S. LEXIS 2638.

March 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until April 12, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. Justice Alito took no part in the consideration or decision of this motion.

**No. 09-8972. Thomas Alexander Dallal, Petitioner v. New York Times Company, et al.**

559 U.S. 1004, 130 S. Ct. 1936, 176 L. Ed. 2d 361, 2010 U.S. LEXIS 2641.

March 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until April 12, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-9137. Keith Robert Caldwell, Sr., Petitioner v. United States Tax Court, et al.**

559 U.S. 1004, 130 S. Ct. 1936, 176 L. Ed. 2d 361, 2010 U.S. LEXIS 2603.

March 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until April 12, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-834. Kevin Kasten, Petitioner v. Saint-Gobain Performance Plastics Corporation.**

559 U.S. 1004, 130 S. Ct. 1890, 176 L. Ed. 2d 361, 2010 U.S. LEXIS 2654.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit granted.

Same case below, 570 F.3d 834.

**No. 09-658. Brian Belleque, Superintendent, Oregon State Penitentiary, Petitioner v. Randy Joseph Moore.**

559 U.S. 1004, 130 S. Ct. 1882, 176 L. Ed. 2d 361, 2010 U.S. LEXIS 2679.

March 22, 2010. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 574 F.3d 1092.

**No. 09-5801. Ruben Flores-Villar, Petitioner v. United States.**

559 U.S. 1005, 130 S. Ct. 1878, 176 L. Ed. 2d 361, 2010 U.S. LEXIS 2743.

March 22, 2010. Motion of petitioner for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 536 F.3d 990.

**No. 08-1174. Susan B. Hersh, Petitioner v. United States.**

559 U.S. 1005, 130 S. Ct. 1878, 176 L. Ed. 2d 361, 2010 U.S. LEXIS 2661.

March 22, 2010. Petition for writ of cer-